# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KAREN CARR | ) | |
| 8333 Daydream Crescent | ) | |
| Pasadena, Maryland 21122 | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No.  1:21-CV-02116 (RBW) |
| vs. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| MURIEL BOWSER, MAYOR | ) | **Jury Demanded** |
| 1350 Pennsylvania Avenue, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Serve:  DC Attorney General | ) | |
| Carl Racine, or his designed | ) | |
| Representative | ) | |
| 441 – 4th Street, N.W. | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| *Defendant*. | ) | |

_____)

## PLAINTIFF KAREN CARR'S
## MOTION TO CONSOLIDATE RELATED MATTERS
## AND AMEND THE COMPLAINT

Comes now Plaintiff, ***Karen Carr***, with her Motion to Consolidate Related Matters and

Amend the Complaint, and states as follows:

Pursuant to Fed.R.Civ.Pro. 42(a)(2), Plaintiff herein is seeking to consolidate her case with

a case previously filed in this Court, *Sinobia Brinkley v. District of Columbia*, Case No. 1:21-CV-

01537 (RBW).  Plaintiff in that matter is asserting similar claims as Plaintiff herein, against the

same employer, involving the same policies and practices, with the same legal counsel.  Plaintiffs

in both actions seek to consolidate the matters and pursue their pattern and practice claims as class

representatives of a putative class of all Black women police officers employed by Defendant,

District of Columbia, Metropolitan Police Department (hereinafter "MPD").  Plaintiff's Amended

Complaint is attached hereto as EXHIBIT 1.

For the reasons developed in Plaintiff's Memorandum of Law in Support of Motion to

Consolidate Related Matters and Amend the Complaint, Plaintiff moves this Court for an Order

granting the instant Motion.


Respectfully submitted,


<u>/s/ Donald M. Temple</u>
Temple Law Offices
Donald M. Temple, Esq.
Pamela M. Keith, Esq.
1310 L Street, NW #750
Washington, DC 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
pamkeithtemplelaw@gmail.com
dtemplelaw@gmail.com
*Attorneys for Plaintiff*

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAREN CARR<br>8333 Daydream Crescent<br>Pasadena, Maryland 21122 | )<br>)<br>)<br>)<br>) | |
| *Plaintiff*, | )<br>) | Civil Action No.  1:21-CV-02116 (RBW) |
| vs. | )<br>) | |
| DISTRICT OF COLUMBIA<br>MURIEL BOWSER, MAYOR<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20001 | )<br>)<br>)<br>)<br>) | **Jury Demanded** |
| Serve:  DC Attorney General<br>Carl Racine, or his designed<br>Representative<br>441 – 4th Street, N.W.<br>Washington, DC 20001 | )<br>)<br>)<br>)<br>) | |
| *Defendant*. | )<br>) | |

**PLAINTIFF KAREN CARR'S MEMORANDUM OF LAW
IN SUPPORT OF HER MOTION TO CONSOLIDATE RELATED MATTERS
AND AMEND THE COMPLAINT**

Comes now Plaintiff, **_Karen Carr_**, by and through undersigned counsel, with her Motion to Consolidate Related Matters and Amend the Complaint herein, and states as follows:

Plaintiff is a Black woman police officer with the Metropolitan Police Department (hereinafter "MPD").  On or about May 2, 2021, Plaintiff filed an EEOC charge against Defendant (570-2021-00701), and was issued a Notice of Right to Sue Letter from the EEOC on or about May 5, 2021.  Plaintiff timely filed the action herein to pursue her rights and individual claims

pursuant to that Notice.  Plaintiff notified the Court that this matter is a "related matter," to *Sinobia Brinkley v. District of Columbia*, Case No. 1:21-CV-01537 (RBW) when this action was filed.

Plaintiff has not yet served the instant Complaint on Defendant, and thus, in accordance with Fed.R.Civ.Pro. 15, may amend the Complaint to include additional claims as a matter of course.

Plaintiff has filed a second EEOC Charge alleging class-based race and gender discrimination and retaliation against Defendant (531-2021-02675), asserting a pattern and practice of discrimination against Defendant.  Plaintiff has now received a Notice of Right to Sue Letter from the EEOC on or about September 16, 2021, and is amending her Complaint to include her class claims herein.

However, on or about September 22, 2021, Plaintiff Sinobia Brinkley is also amending her complaint to include class claims that have since been perfected via a second EEOC Charge and Notice of Right to Sue Letter.

The class claims asserted by Plaintiff Brinkley in Case No. 1:21-CV-01537 (RBW), are identical to the ones Plaintiff seeks to add to the First Amended Complaint herein, and both Plaintiff Brinkley and Plaintiff herein, wish to pursue their class claims together as co-class-representative Plaintiffs.   Both Plaintiff herein, and Plaintiff Brinkley are represented by undersigned counsel.

Therefore, for matters of judicial efficiency, Plaintiff is asking that the Court consolidate this matter with *Sinobia Brinkley et al. v. District of Columbia*, and allow the litigation of both cases to proceed as a single case.  Federal Rule 42(a)(2) permits a court to consolidate matters where cases involve common questions of law and fact.  Consolidation of the instant case with the previously filed matter is warranted precisely for that reason.

Inasmuch as the central decision-makers, the key issues of fact and law, and the policies and practices that form the basis of this action, are identical to those at issue in *Sinobia Brinkley v. District of Columbia*, the interests of all litigants, as well as of the Court, are best served by consolidating the matters.

Respectfully submitted,

/s/ Donald M. Temple, Esq.
Temple Law Offices
Donald M. Temple, Esq.
Pamela M. Keith, Esq.
1310 L Street, NW #750
Washington, DC 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
pamkeithtemplelaw@gmail.com
dtemplelaw@gmail.com
*Attorneys for Plaintiff*

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAREN CARR | ) | |
| 8333 Daydream Crescent | ) | |
| Pasadena, Maryland 21122 | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | Civil Action No.  1:21-CV-02116 (RBW) |
|     vs. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| MURIEL BOWSER, MAYOR | ) | **Jury Demanded** |
| 1350 Pennsylvania Avenue, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Serve:  DC Attorney General | ) | |
|        Carl Racine, or his designed | ) | |
|        Representative | ) | |
|        441 – 4th Street, N.W. | ) | |
|        Washington, DC 20001 | ) | |
| | ) | |
|     *Defendant*. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

      UPON CONSIDERATION of Plaintiff's Motion to Consolidate Related Matters and Amend the Complaint, and the record herein, it is this ____day of _____, 2021, hereby ORDERED, that the Motion is GRANTED and the Plaintiff's Complaint will now be consolidated and pursued under the title *Sinobia Brinkley, et al. v. District of Columbia*, Case No. 1:21-CV-01537, as amended.

                                    _____

                                    Judge Reggie B. Walton

Copies to:

Attorneys of Record